UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BARTHOLOMEW JOYCE,<br><br>        Plaintiff,<br><br>    v.<br><br>RON VONBOEING,<br><br>        Defendant. | Case No. C08-5684FDB<br><br>ORDER |

Plaintiff's application for leave to proceed *in forma pauperis* (Doc. 1) is **incomplete**. The Clerk sent a letter informing Plaintiff of certain deficiencies and they have not been corrected  For example, Plaintiff has failed to sign and date the application forms, and Plaintiff has failed to provide a current account statement.

Plaintiff shall either cure the deficiencies noted by the Clerk and Court or pay the required filing fee ($350) **by not later than January 23, 2009.** Otherwise, the court will recommend denial of his application and dismissal of the underlying matter as frivolous.

DATED this 5th day of January, 2009.

                          */s/ J. Kelley Arnold*
                          J. Kelley Arnold
                          United States Magistrate Judge