AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARTHOLOMEW JOYCE<br><br>v.<br><br>RON BOENING, et al., | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: C08-5684FDB |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Plaintiff's causes of action are DISMISSED without prejudice.


| | |
|---|---|
|   February 24, 2009   |   BRUCE RIFKIN   |
| Date | Clerk |
| | |
| |   *s/CM Gonzalez*   |
| | Deputy Clerk |